UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JEAN-PIERRE F. RAMEL *aka* JEAN PIERRE RAMEL, and MARJORIE L. RAMEL *aka* MARJORIE LIVINGSTON RAMEL, | : : : | CASE NO. 16-57312-PMB |
| | : | |
| Debtors. | : | |
| | : | |

**TRUSTEE'S APPLICATION FOR FINAL COMPENSATION
OF SPECIAL COUNSEL AND REQUEST
FOR AUTHORIZATION TO PAY COMPENSATION**

COMES NOW S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the bankruptcy estates of Jean-Pierre F. Ramel, *aka* Jean Pierre Ramel and Marjorie L. Ramel *aka* Marjorie Livingston Ramel (collectively, the "**Debtors**"), by and through undersigned counsel, and files *Trustee's Application for Final Compensation of Special Counsel and Request for Authorization to Pay Compensation* (the "**Application**") seeking allowance of final compensation of $52,500.00[1] (or 35% of the gross settlement amount of $150,000.00), and respectfully shows this Court the following:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409(a).

---

[1] Special Counsel voluntarily reduced its attorney's fee by 5% (from $60,000.00 to $52,500.00).

13589523v3

## Background

*a. General Background*

2. On April 27, 2016 (the "**Petition Date**"), Debtors filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**"), initiating Case No. 16-57312-PMB (the "**Bankruptcy Case**").

3. Trustee was appointed to the Bankruptcy Case as the interim Chapter 7 trustee on or about the Petition Date, under 11 U.S.C. § 701(a)(1).

4. Trustee held and concluded the meeting of creditors on May 31, 2016, under 11 U.S.C. § 341(a), after which time Trustee became the permanent Chapter 7 trustee, under 11 U.S.C. § 702(d).

5. On November 30, 2016, the Court entered an order [Doc. No. 42] granting Debtors' motion [Doc. No. 37] to convert the Bankruptcy Case to one under Chapter 13 of the Bankruptcy Code.

6. On February 13, 2017, the Court entered an order [Doc. No. 52], re-converting the Bankruptcy Case to one under Chapter 7 of the Bankruptcy Code.

7. On February 17, 2017, the United States Trustee re-appointed Trustee as the Chapter 7 Trustee in this Bankruptcy Case. [Doc. No. 56].

8. Trustee is the sole representative of the Bankruptcy Estate. 11 U.S.C. § 323(a) (2016).

9. On June 30, 2016 (prior to the initial conversion), Trustee filed his *Application to Appoint Attorney for Trustee* [Doc. No. 11], and the Court entered an *Order* [Doc. No. 22] on July 5, 2016, appointing Arnall Golden Gregory LLP as attorneys for Trustee. Following his re-appointment, Trustee filed *Trustee's Application for Re-Appointment of Attorneys* [Doc. No. 61],

13589523v3

and on March 6, 2017, the Court entered its order [Doc. No. 63] approving Trustee's employment of Arnall Golden Gregory LLP as his attorneys.

*b. The Personal Injury Claim*

10. At the commencement of the Bankruptcy Case, bankruptcy estates were created for each of Debtors under 11 U.S.C. § 541(a) (collectively, the "**Bankruptcy Estate**"), and that Bankruptcy Estate includes all Debtors' legal or equitable interests in property as of the commencement of the Bankruptcy Case and any interest in property acquired after commencement of the case.  11 U.S.C. § 541(a)(1) and (7) (2016).

11. Prior to the Petition Date, Ms. Ramel asserted a claim against Wal-Mart Stores East, LP and Wal-Mart Stores, Inc., ("**Walmart**"), which matter is currently styled *S. Gregory Hays, Trustee for the Estate of Marjorie Ramel v. Wal-Mart Stores East, LP, Wal-Mart Stores, Inc., and John Doe/Jane Doe*, Case No. 1:17-cv-05178-AT in the United States District Court, Northern District of Georgia, Atlanta Division, regarding a personal injury (the "**Incident**") that occurred just prior to the Petition Date (the "**Litigation**").

12. On September 28, 2017, Trustee filed an application [Doc. No. 85] to employ Monge & Associates ("**M&A**") as special counsel, and the Court entered an *Order* [Doc. No. 86] on October 2, 2017 approving the employment of M&A as special counsel to Trustee.

*c. The Proposed Settlement along with Fees and Expenses*

13. Following a mediation hosted by the Honorable M. Gino Brogdon, Sr., retired Judge for the Superior Court and State Court of Fulton County, and subject to approval by the Court

under Rule 9019 of the Federal Rules of Bankruptcy Procedure, the Litigation has been settled (the "**Settlement**").[2]

14. The gross Settlement award is $150,000.00.

15. If awarded by the Court, M&A will be paid fees in the amount of $52,500.00 (or 35% of the gross settlement amount of $150,000.00) and reimbursement of expenses in the amount of $3,051.35. Attached hereto and incorporated herein by reference as Exhibit "A" is a detailed accounting of the expenses incurred by Special Counsel in its representation of the Bankruptcy Estate in the Litigation.

16. If approved by the Court, the Medical Lien Holders, as that term is defined in the Settlement Motion, will be paid a total of $ $58,955.20.

17. In addition to these anticipated payments, Debtors have claimed a $20,000.00 exemption in the settlement proceeds. *See* [Doc. No. 41 at page 3 of 12].

18. As a result, the Bankruptcy Estate will have available for distribution under 11 U.S.C. § 726 the remaining $15,493.45, calculated as follows:

| | |
|---|---|
| Gross Settlement | $150,000.00 |
| Satisfaction of Medical Claims | $58,955.20 |
| Special Counsel Attorney's Fees | $52,500.00 |
| Special Counsel Expenses | $3,051.35 |
| Debtors' Exemption | $20,000.00 |
| | |
| **Net to Estate** | **$15,493.45** |

---

[2] Contemporaneously with the filing of this fee application, Trustee has filed a *Motion for Approval of Settlement of Personal Injury Claim under Rule 9019 of the Federal Rules of Bankruptcy Procedure and Request to Make Certain Payments in Accordance with Same* (the "**Settlement Motion**").

13589523v3

**Relief Requested and Basis for Same**

19. Trustee requests an order from the Court approving as a final fee award the fees and expenses of Special Counsel in the amounts of $52,500.00 and $3,051.35, respectively, and authorizing Trustee to pay the same.

20. Trustee respectfully shows that the final compensation requested by Special Counsel satisfies the standards and guidelines set forth in *Johnson v. Georgia Highway Express*, 488 F.2d 714 (5th Cir. 1974), and *In Re First Colonial Corporation*, 544 F.2d 1291 (5th Cir. 1977), as amplified by *Norman v. Housing Authority of City of Montgomery*, 836 F.2d 1292 (11th Cir. 1988).

WHEREFORE, Trustee requests that this Court grant the Application and approve the compensation and expenses of Special Counsel in the amounts of $52,500.00 and $3,051.35, respectively, as full and final compensation for representation in the Litigation.

Respectfully submitted this 21st day of June, 2019.

        ARNALL GOLDEN GREGORY LLP
        *Attorneys for Trustee*

        By:*/s/ Michael J. Bargar*
           Michael J. Bargar
           Ga. Bar No. 645709
        Arnall Golden Gregory, LLP
        171 17th Street, NW, Suite 2100
        Atlanta, Georgia 30363-1031
        Phone: (404) 873-8500/Fax: (404) 873-8501
        Email: michael.bargar@agg.com
        Attorneys for Chapter 7 Trustee

13589523v3

**EXHIBIT "A" FOLLOWS**

13589523v3

# Interest

| Date | Category | Subject | Amount | Interest |
|---|---|---|---|---|
| **Ramel, Marjorie (E-File)** | | | | |
| 3/15/2016 | Medical Records | HealthPort | $36.64 | $14.11 |
| 3/25/2016 | Medical Records | HealthPort | $29.85 | $11.40 |
| 10/31/2016 | Mediation | Him Quality solutions | $35.04 | $10.85 |
| 3/9/2017 | Medical Records | Benchmark | $72.30 | $19.32 |
| 9/26/2017 | Court Costs | Gwinnett County State Court - Marjorie Ramel | $215.00 | $43.24 |
| 3/26/2019 | Court Costs | Marjorie Ramel - Henning Mediation & Arbitration (inv# 26753475) | $2,475.00 | $53.46 |
| 4/23/2019 | Medical Records | Gwinnett Clinic | $37.52 | $0.47 |
| | | | $2,901.35 | $152.85 |
| | | | $2,901.35 | $152.85 |

## AGREEEMENT

I employ the Accident Attorneys of Monge & Associates to represent me in the prosecution or settlement of all claims for personal injury and wrongful death on account of an incident which occurred on or about the __13__ day of __Feb__, 20__16__.

Legal fees for recovery related to injury and death shall be handled on a contingency fee basis and shall be a percentage of the Client's total recovery as follows:

| | |
|---|---|
| 33 1/3% | If settled without lawsuit |
| 40% | If lawsuit filed |

This employment is upon a contingency fee basis, and if no recovery is made, I will not owe any legal fees or expenses. I understand and agree that my attorney has my permission to advance funds to pay my case expenses at rate of 1.5% interest monthly in pursuing this case and further, that he may pay at settlement all unpaid medical bills to any medical provider with a lien and I authorize said payment out of my portion of the recovery. I agree that my attorneys may associate other attorneys or law firms to join in representing me in this case without any further writing and such attorney shall be entitled to share in the fee set forth above. Client authorizes Firm to charge a flat fee of $150.00 for copying, faxing and postage charges. I hereby give my attorney a power of attorney to sign my name, initials and execute documents on my behalf as necessary to this representation including settlement checks, releases, authorizations or other documents. Medical bills incurred are the exclusive obligation of the client, and are not deducted from the attorney's fees as reflected above, including any medical payment coverage benefits in an uninsured motorist settlement where the total settlement amount deducts medical payments paid to or on behalf of medical providers.

In the event the Client elects to terminate legal representation, Client agrees Firm shall be reimbursed for expenses paid by Firm on behalf of Client and paid 40% of highest settlement offer, judgment, verdict or award obtained by Firm, whether or not a suit is filed. The parties hereto acknowledge and agree that the Firm shall retain the right to terminate its relationship with Client at any time should it appear, in Firm's discretion, the cost of pursuing the case outweighs the likelihood of a meaningful recovery. Should this situation happen the Client consents to allow any Attorney from the Firm to withdraw from legal representation or in the alternative consents to filing of a voluntary dismissal in Client's civil action. Client grants the Firm a lien on any causes of action that are subject of the Firm's representation.

AGREED TO THIS __17th__ DAY OF __February__, 20____.

Client: __Marjorie L. Ramel__

Attorney: ACCIDENT ATTORNEYS OF MONGE ASSOCIATES

## CERTIFICATE OF SERVICE

This is to certify that I have this day served copy of the *Trustee's Application for Final Compensation of Special Counsel and Request for Authorization to Pay Compensation* by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery to:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

Robert M Gardner, Jr
Hicks, Massey & Gardner LLP
53 W Candler St
P. O. Box 721
Winder, GA 30680

Jean-Pierre F. Ramel
2633 Stony Springs Trl
Buford, GA 30519-6474

Marjorie L. Ramel
2633 Stony Springs Trl
Buford, GA 30519-6474

Charles Rauton
Monge & Associates
8205 Dunwoody Place, NE
Building 19
Atlanta, Georgia  30350

Ortho Sport and Spine
5788 Roswell Road
Atlanta, GA 30328

13589523v3

American Health Imaging
2200 Century Pkwy NE
Suite 600
Atlanta, GA 30345
Attn: Tabitha Magnus

North Georgia Spine Center
2200 Century Pkwy NE
Suite 600
Atlanta, GA 30345
Attn: Tabitha Magnus

Georgia Spine and Orthopaedics
1350 Montreal Road, Suite 290
Tucker, GA 30084

MedChex
16905 Northcross Drive, Suite 300
Huntersville, NC 28078

Howard Lessinger
McLain & Merritt PC
3445 Peachtree Road
Suite 500
Atlanta, GA  30326

This 21st day of June, 2019.

*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709

13589523v3